## EX-PARTE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 09CR2846-JAH |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| **JOSE REYNALDO MORENO-LIZARRAGA,** | ) | |
| Defendant. | ) | |

Good Cause appearing therefore:

**IT IS HEREBY ORDERED** that extraordinary investigation fees are authorized for payment to private investigator, Maria Marcucilli, for 49 hours, at a rate of $55 per hour for services rendered in the above-captioned case.

**IT IS SO ORDERED.**

DATE: March 18, 2010

_____
**HONORABLE JOHN A. HOUSTON**
United States District Judge